IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CAST NYLONS CO., LTD., | ) | CASE NO.: 1:22CV1707 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | **JOINT STIPULATED NOTICE OF** |
| FEDERAL INSURANCE COMPANY, | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

SO ORDERED.
/s/ Patricia A. Gaughan
1/22/24

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Cast Nylons Co., LTD., and Defendant, Federal Insurance Company, stipulate that all claims asserted by Plaintiff against Defendant in this action are to be dismissed with prejudice with each party to bear its own costs and attorney's fees.

*s/ Anthony F. Stringer*
Anthony F. Stringer (0071691)
K. James Sullivan (0074211)
Thomas I. Michals (0040822)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: (216) 622-8200
astringer@calfee.com
kjsullivan@calfee.com
tmichals@calfee.com

*Attorneys for Plaintiff, Cast Nylons Co., Ltd.*

4878-4564-6238, v.1